UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61157-CIV-ZLOCH

JOHN JOHNSON, TULIO SUAREZ,
and ALEXANDER RIVERA, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

vs.

LANDSCAPE MAINTENANCE PROFESSIONALS, INC.,
and ORLANDO CASTILLO JR., Individually,

      Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiffs, JOHN JOHNSON, TULIO SUAREZ, and ALEXANDER RIVERA, hereby

serves notice that the parties in this action have agreed upon a resolution of the claims in this

case and are presently working on preparing a Settlement Agreement and the related settlement

documents to be filed with the Court for approval.

DATED this 20th day of June, 2011.

      Respectfully submitted,

      CHARLES H. BECHERT, III, P.A.
      JOSEPH M. MAUS, P.A.
      Counsel for Plaintiff
      901 East Atlantic Blvd.
      Pompano Beach, Florida 33060
      Tel:   (954) 941-8363
      Fax:   (954) 941-8337
      Tripchb@aol.com

      By:/s/Charles H. Bechert, III, Esq.
        Charles H. Bechert, III, Esquire
        Fla. Bar # 985971

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61157-CIV-ZLOCH

JOHN JOHNSON, TULIO SUAREZ,
and ALEXANDER RIVERA, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

vs.

LANDSCAPE MAINTENANCE PROFESSIONALS, INC.,
and ORLANDO CASTILLO JR., Individually,

      Defendants.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th  day of June, 2011, I electronically filed the

foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record or pro se parties identified on the

attached service list in the manner specified, either via transmissions of Notices of Electronic

Filing generated by CM/ECF System or in some other authorized manner for those counsel or

parties who are not authorized to receive electronically Notices of Electronic Filing.

BECHERT & ASSOCIATES, P.A. and
JOSEPH M. MAUS, P.A

By:/s/Charles H. Bechert, III, Esq.
  Charles H. Bechert, Esquire
  Fla. Bar # 985971

## SERVICE LIST

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 11-61157-CIV-ZLOCH**

Steven A. Siegel, Esq.
FISHER & PHILLIPS LLP
450 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Ph. 954-847-4724
ssiegel@laborlawyers.com