UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 11-61157-CIV-ZLOCH/ROSENBAUM

JOHN JOHNSON, TULIO SUAREZ and
ALEXANDER RIVERA on behalf of themselves
and all others similarly situated,

    Plaintiffs,

vs.

LANDSCAPE MAINTENANCE
PROFESSIONALS, INC. and
ORLANDO CASTILLO, JR.,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Defendants, Landscape Maintenance Professionals, Inc. and Orlando Castillo, Jr., file this Notice of Settlement of the above-captioned action. This case has been amicably settled between the parties. The parties anticipate filing a Motion to Approve Settlement and a Joint Stipulation of Dismissal with Prejudice in the next two weeks.

Date: June 23, 2011                  Respectfully submitted,

                                      By:   s/Steven A. Siegel
                                             Steven A. Siegel
                                             Fla. Bar No. 497274
                                             ssiegel@laborlawyers.com
                                             FISHER & PHILLIPS LLP
                                             450 East Las Olas Boulevard
                                             Suite 800
                                             Fort Lauderdale, FL 33301
                                             Telephone (954) 525-4800
                                             Facsimile (954) 525-8739

                                             *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 23, 2011**, I electronically filed the foregoing **NOTICE OF SETTLEMENT** with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Steven A. Siegel
Steven A. Siegel
Fla. Bar No. 497274
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Fort Lauderdale, FL 33301
Telephone (954) 525-4800
Facsimile (954) 525-8739

*Attorneys for Defendants*

## SERVICE LIST
## UNITED STATES DISTRICT COURT – SOUTHERN DISTRICT OF FLORIDA
## JOHN JOHNSON, TULIO SUAREZ, ET AL. V. LANDSCAPE MAINTENANCE PROFESSIONALS, INC. ET AL.
## CASE NO.: 11-61157-CIV-HUCK/BANDSTRA

Charles H. Bechert, III, Esquire
tripchb@aol.com
CHARLES H. BECHERT, III, P.A.
901 East Atlantic Boulevard
Pompano Beach, FL 33060
Telephone (954) 941-8363
Facsimile (954) 941-8337

*Attorneys for Plaintiff*

Steven A. Siegel
ssiegel@laborlawyers.com
FISHER & PHILLIPS LLP
450 East Las Olas Boulevard
Suite 800
Ft. Lauderdale, Florida 33301
Telephone: (954) 525-4800
Facsimile: (954) 525-8739

*Attorneys For Defendants*