UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61157-CIV-ZLOCH

JOHN JOHNSON, TULIO SUAREZ,
and ALEXANDER RIVERA, on behalf of
themselves and all others similarly situated,

       Plaintiffs,

vs.

LANDSCAPE MAINTENANCE PROFESSIONALS, INC.,
and ORLANDO CASTILLO JR., Individually,

       Defendants.
_____/

## NOTICE OF SETTLEMENT

Opt-In Plaintiff, JAMES SANCHEZ, hereby serves notice that the parties in this action have agreed upon a resolution of his claims in this case and are presently working on preparing a Settlement Agreement and the related settlement documents to be filed with the Court for approval.

DATED this 23rd day of June, 2011.

                          Respectfully submitted,

                          CHARLES H. BECHERT, III, P.A.
                          JOSEPH M. MAUS, P.A.
                          Counsel for Plaintiff
                          901 East Atlantic Blvd.
                          Pompano Beach, Florida 33060
                          Tel:   (954) 941-8363
                          Fax:  (954) 941-8337
                          Tripchb@aol.com

                          By:/s/Charles H. Bechert, III, Esq.
                             Charles H. Bechert, III, Esquire
                             Fla. Bar # 985971

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-61157-CIV-ZLOCH

JOHN JOHNSON, TULIO SUAREZ,
and ALEXANDER RIVERA, on behalf of
themselves and all others similarly situated,

      Plaintiffs,

vs.

LANDSCAPE MAINTENANCE PROFESSIONALS, INC.,
and ORLANDO CASTILLO JR., Individually,

      Defendants.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 23rd day of June, 2011, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list in the manner specified, either via transmissions of Notices of Electronic Filing generated by CM/ECF System or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

      BECHERT & ASSOCIATES, P.A. and
      JOSEPH M. MAUS, P.A

      By:/s/Charles H. Bechert, III, Esq.
        Charles H. Bechert, Esquire
        Fla. Bar # 985971

## SERVICE LIST

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO.: 11-61157-CIV-ZLOCH

Steven A. Siegel, Esq.
FISHER & PHILLIPS LLP
450 E. Las Olas Blvd., Suite 800
Fort Lauderdale, FL 33301
Ph. 954-847-4724
ssiegel@laborlawyers.com