```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 11-61157-CIV-ZLOCH
```

JOHN JOHNSON, TULIO SUAREZ,
and ALEXANDER RIVERA,

    Plaintiffs,

vs.                              **FINAL ORDER OF DISMISSAL**

LANDSCAPE MAINTENANCE
PROFESSIONALS, INC. and
ORLANDO CASTILLO, JR.,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion For Approval Of Settlement Agreement And Stipulation Of Dismissal With Prejudice (DE 11) filed herein by all Parties. The Court has carefully reviewed said Motion, the Parties' Settlement Agreements (DE 11-1), and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Joint Motion For Approval Of Settlement Agreement DE 11) filed herein by all Parties be and the same is hereby **GRANTED**;

    2. The Stipulation Of Dismissal With Prejudice (DE 11) filed herein by all Parties be and the same is hereby approved, adopted and ratified by the Court;

    3. Pursuant to Lynn's Food Stores v. United States, 679 F.2d 1350 (11th Cir. 1982), the Parties' Settlement Agreements (DE 11-1)

be and the same is hereby approved, adopted and ratified by the Court;

    4. The above-styled cause be and the same is hereby **DISMISSED** with prejudice; and

    5. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___8th___ day of July, 2011.

                                               */s/ William J. Zloch*
                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies furnished:

All Counsel of Record